IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACQUELINE N. TANZY, | § |
| *Plaintiff,* | § § § |
| v. | §   Civil Case No. 3:20-CV-03161-X-BH |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, | § § § § |
| *Defendant.* | § § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The plaintiff filed a notice of the right to object, which the Court construes as objections to the Magistrate Judge's findings, conclusions, and recommendation. Therefore, the Court reviewed the proposed findings, conclusions, and recommendation *de novo*. Having done so, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct. So, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **GRANTS IN PART** and **DENIES IN PART** the defendant's motion to dismiss [Doc. No. 24]. The plaintiff's discrimination claim based on her low performance rating is **DISMISSED WITH PREJUDICE** and her retaliation claims are **DISMISSED WITHOUT PREJUDICE.** The plaintiff's discrimination claim based on her denied overtime requests remains pending.

1

**IT IS SO ORDERED** this 16th day of August, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE