IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACQUELINE N. TANZY, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:20-CV-03161-X-BH |
| § | |
| ALEJANDRO MAYORKAS, Secretary of, § | |
| Homeland Security, § | |
|     Defendant. § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion for Sanctions for Failure to Cooperate in Discovery*, filed May 2, 2022 (doc. 57), is **DENIED as moot**. *Defendant's Motion for Summary Judgment*, filed May 18, 2022 (doc. 61), is **GRANTED in part**, and all remaining claims against Defendant are **DISMISSED with prejudice**. By separate judgment, the case will be **DISMISSED with prejudice**.

**SIGNED** this 9th day of March, 2023.

_____
Brantley Starr
UNITED STATES DISTRICT JUDGE